# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 11-5050 (TJB) |
| vs. | : | Hon. Tonianne J. Bongiovanni |
| ANDY GUABA | : | <u>CONTINUANCE ORDER</u> |

The defendant having been arrested on February 1, 2013, pursuant to a criminal complaint charging the defendant with distribution of five hundred grams or more of cocaine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B); and the defendant having appeared before the Court for an initial appearance on February 1, 2013; and the defendant having been represented by Charles Waldron, Esq.; and the defendant and his counsel being aware that an Information or Indictment ordinarily must be filed within thirty (30) days of defendant's initial appearance on this charge, pursuant to Title 18, United States Code, Section 3161(b); and, pursuant to Title 18, United States Code, Section 3161(h)(7)(A), both the United States and the defendant request this continuance so that the parties can negotiate a plea agreement and thereby avoid a possible trial; and for good cause shown;

IT IS on this __6__ day of May, 2013

ORDERED that from the date this Order is entered, to and including July 5, 2013, shall be excluded in calculating the time within which an Information or Indictment must be filed under the Speedy Trial Act for the following reasons:

1. Both the United States and the defendant desire time to discuss plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary;

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
R. Joseph Gribko
Assistant U.S. Attorney

_____
Charles Waldron, Esq.
Counsel for defendant

_____
HONORABLE TONIANNE J. BONGIOVANNI
United States Magistrate Judge